UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:25-cr-10204-DJC |
| | ) | |
| SVEN K. LJAAMO, | ) | |
| | ) | |
| Defendant | ) | |

ORDER OF EXCLUDABLE DELAY

CASPER, D.J.

Upon consideration of the parties' assented-to motion seeking an order of excludable delay, the Court finds:

1. Exclusion of time from the prior Rule 11 hearing date, July 28, 2026, through and including the new Rule 11 hearing date, August 27, 2026, allows "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," specifically, this exclusion of time allows the defendant to explore the potential disposition of the charges short of trial and to afford the parties the opportunity to prepare for the guilty plea and sentencing. *See* 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

2. The ends of justice served by excluding this time period outweigh the public and defendant's interest in a speedy trial.

Accordingly, the Court grants the parties' assented-to motion and ORDERS that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), the period from June 10, 2026, through and including July 28, 2026, is excluded from the speedy trial clock.

______________________________
HON. DENISE J. CASPER
U.S. DISTRICT JUDGE